**Frederick SMITH, Plaintiff–Appellant,**

v.

**DEMOCRATIC PARTY ARKANSAS; Will Bond, Individual Capacity Chairman Democratic Party Arkansas; Candace Martin, Individual Capacity Spokeswoman DPA; Mike Beebe, Head of Democratic Party Arkansas Individual Capacity; Mary McGowan, Judge of Pulaski County Circuit Court Individual Capacity; Mark Martin, Chairman of State Election Commission/Secretary of State Individual Capacity, Defendants–Appellees.**

1. The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District

No. 15–3535

United States Court of Appeals, Eighth Circuit.

Submitted: August 4, 2016

Filed: August 17, 2016

Frederick Smith, Crawfordsville, AR, Pro Se.

Thomas Benton Smith, Jr., Cahoon & Smith, Jonesboro, AR, for Defendants–Appellees Democratic Party Arkansas, Will Bond, Individual Capacity Chairman Democratic Party Arkansas, Candace Martin, Individual Capacity Spokeswoman DPA.

Jennifer L. Merritt, Attorney General's Office, Little Rock, AR, for Defendants–Appellees Mike Beebe, Head of Democratic Party Arkansas Individual Capacity, Mary McGowan, Judge of Pulaski County Circuit Court Individual Capacity.

AJ Kelly, Kelly Law Firm, Little Rock, AR, for Defendant–Appellee Mark Martin, Chairman of State Election Commission/Secretary of State Individual Capacity.

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Frederick Smith appeals the adverse judgment entered by the district court[1] in his action asserting claims under, inter alia, 42 U.S.C. § 1983 and state law. Upon careful de novo review, we conclude that the district court appropriately disposed of Smith's claims. *See Anderson–Tully Co. v.*

of Arkansas.

*McDaniel*, 571 F.3d 760, 762 (8th Cir. 2009) (grant of motion to dismiss is reviewed de novo); *see also* 28 U.S.C. § 1367(c)(4) (addressing supplemental jurisdiction); *Mireles v. Waco*, 502 U.S. 9, 11–12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam) (discussing absolute judicial immunity); *King v. Beavers*, 148 F.3d 1031, 1035 n.4 (8th Cir. 1998) (discussing, inter alia, qualified immunity).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Smith's pending motions.